# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ZHAWN DENISE ENOS,

        Plaintiff,

v.                                                               Case No:   6:17-cv-1753-Orl-22TBS

MONTGOMERY WARD,

        Defendant.
_____

## ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled. (Doc. No. 25).   Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on April 17, 2018.

                                                                      ANNE C. CONWAY
                                                                      United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record

James R. Betts, Mediator